PAUL V. LANKFORD (State Bar No. 181506)
 *plankford@lclaw.com*
PAUL LANNUS (State Bar No. 192551)
 *plannus@lclaw.com*
BINA GHANAAT (State Bar No. 264826)
*bghanaat@lclaw.com*
LANKFORD CRAWFORD MORENO
& OSTERTAG LLP
1850 Mt. Diablo Blvd., Suite 600
Walnut Creek, CA 94596
Telephone: 925.300.3520
Facsimile: 925.300.3386

Attorneys for Specially Appearing Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| THOMAS H. TOY, SR. and AGNES TOY, <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL INC., f/k/a ALLIED-PRODUCTS LIABILITY SIGNAL, INC., sued as successor-in-interest to BENDIX CORPORATION, *et al.*, <br><br> Defendants. | Case No.: 4:19-cv-00336-HSG <br><br> **SPECIAL APPEARANCE** <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE OF SPECIALLY APPEARING DEFENDANT FORD MOTOR COMPANY ONLY** |

LANKFORD
CRAWFORD
MORENO &
OSTERTAG LLP
ATTORNEYS AT LAW

ORDER OF DISMISSAL WITHOUT PREJUDICE OF SPECIALLY APPEARING DEFENDANT FORD MOTOR COMPANY ONLY - 4:19-CV-00336-HSG

**PURSUANT TO STIPULATION, IT IS ORDERED** that Plaintiffs THOMAS H. TOY, SR. and AGNES TOY ("Plaintiffs") action is dismissed without prejudice as to Specially Appearing Defendant Ford Motor Company ("Ford") only, each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: February 27, 2019

_____
HON. HAYWOOD S. GILLIAM, JR.
U.S. District Court
Northern District of California

LANKFORD
CRAWFORD
MORENO &
OSTERTAG LLP
ATTORNEYS AT LAW